# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, 962 Wayne Ave., Suite 610 Silver Spring, MD 20910; and<br><br>JENIFER DEANDRADE, 10 Fuller Avenue, Unit 3 Attleboro, MA 02703<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT 1900 E St. NW, Washington, DC 20415; and<br><br>ROB SHRIVER, Acting Director of U.S. OFFICE OF PERSONNEL MANAGEMENT, in his official capacity 1900 E St. NW, Washington, DC 20415<br><br>    *Defendants*. | CIVIL ACTION NO. 24-cv-1918-AHA<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on voluntary

dismissal without a court order when the Defendants have neither served an answer

1

nor filed a motion for summary judgement, the Plaintiffs Public Employees for Environmental Responsibility (PEER) and Jennifer DeAndrade hereby voluntarily entirely dismiss this action against the Defendants U.S. Office of Personnel Management and Rob Shriver as moot.

Dated this 19th day of December, 2024.

Respectfully submitted,

*/s/ Peter T. Jenkins*
Peter T. Jenkins
D.C. Bar No. 477229
Paula Dinerstein
D.C. Bar No. 333971
Public Employees for Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
202-265-4189
pjenkins@peer.org
pdinerstein@peer.org

*Attorneys for Plaintiffs*